**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

IN RE:

Michael John Janis, et.al.,                     CASE NO:  18-01687-RCT

Monica Lynn Janis, et.al.,                      Chapter 13

_____ Debtor(s)  /

<u>MEDIATOR'S REPORT OF MORTGAGE MODIFICATION  AND NOTICE OF COMPLETED MEDIATION</u>

      In accordance with the Court's Order of Referral to mediation, April 27, 2018 (Docket #24), a mediation conference was held on July 12, 2018.  The results of that conference are indicated below:

    A.  The following individuals were present:

      1.  Michael John Janis                     Debtor

      2.  Monica Lynn Janis                    Debtor

      3.  Timothy W. Gensmer               Debtor Attorney

    B.  The following individuals were present telephonically:

      1.  Chase Berger                       Creditor Attorney (Ghidotti Berger)

      2.  Keenya Smith                     Representative, B.S.I. Financial Services

      3.  Julie OHara                       Advisor

    C.  The outcome of the mediation conference is as follows:

          _____ A trial Mortgage Modification was offered and accepted.

          ____X_____ The parties did not reach agreement.

          _____ The parties agreed to adjourn the mediation to a _____ (date).

          _____ The mediation has been terminated.

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail on July 27, 2018; pursuant to Local Rule 7005-3 to: Timothy W. Gensmer, Esq,. Timothy W. Gensmer, P.A., 2831 Ringling Blvd. Suite 202 –A Sarasota, FL 34237 (timgensmer@aol.com) and   Chase A. Berger, Esq., Ghidotti Berger, LLP 3050 Biscayne Boulevard,  Suite 402 Miami Florida 33137  (CBerger@ghidottiberger.com)

                                     /s/ Traci K. Stevenson, Mediator

                                     P.O. Box 86690

                                     Madeira Beach, FL  33738

                                     Telephone: (727)-398-0839

                                     tracikstevenson@gmail.com